**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVIS K. ADAMS,**

      **Plaintiff,**                **CASE NO. 8:17-cv-01999-EAK-TBM**

**vs.**

**CITIGROUP INC., d/b/a CITIBANK, N.A.,**

      **Defendant.**
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Davis K. Adams ("Plaintiff"), and Defendant, Citigroup Inc., d/b/a Citibank, N.A. ("Defendant"), notify this Court that the Plaintiff and Defendant have reached a resolution of the claims raised in this action and intend to request dismissal. The parties respectfully request that the Court stay all deadlines and retain jurisdiction for any matters related to completing and/or enforcing any agreement between the partied.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

              Respectfully submitted,

              /s/ *Jon Dubbeld*_____
              Jon P. Dubbeld, Esq.
              Fla. Bar No. 105869
              Berkowitz & Myer
              4900 Central Ave
              St. Petersburg, Florida 33707
              Telephone:  (727) 344-0123
              Jon@berkmyer.com
              *Attorneys for Plaintiff*